ORDERED.

Dated: May 16, 2018

_____
Roberta A. Colton
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:                                                                 Case No.: 8:18-bk-02807-RCT
                                                                            Chapter 7
Mark Alan Piburn and
Judith Ann Piburn,

_____DEBTORS._____/

**ORDER ON APPLICATION TO**
**EMPLOY ATTORNEY FOR TRUSTEE**

This cause came on for consideration upon the Application to Employ Richard M. Dauval, Esquire of the law firm of LeavenLaw as Attorney for the Trustee in the above-captioned Chapter 7 case (Doc. No. 14, hereinafter "Application"). The Court has considered the Application, together with the record, and is satisfied that the Application is well taken and should be approved. Accordingly, it is ORDERED and ADJUDGED:

1. The Application is approved.

2. Richard M. Dauval Esq. and the law firm of LeavenLaw may not receive compensation in this case without an Application to and an Order from this Court. Compensation will be determined later in accordance with 11 U.S.C. Sec. 330

   Attorney, Richard M. Dauval, Esq., is directed to serve a copy of this order on interested parties who are non-CM/ECF users and to file a proof of service within three days of entry of the order.