ORDERED.

**Dated:  June 04, 2018**

Roberta A. Colton
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**www.flmb.uscourts.gov**

**IN RE:**                                                                   **CASE NO.: 8:18-bk-02807-RCT**
                                                                                                    **CHAPTER 7**

**MARK ALAN PIBURN,**

      **Debtor,**

**JUDITH ANN PIBURN**

**AKA JUDI ANN PIBURN,**

      **Joint Debtor.**

_____/

### ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

THIS CASE came on consideration without a hearing on SunTrust Mortgage, In.c.'s ("Secured Creditor") Motion for Relief from Stay (Docket No. 7).  No appropriate response has been filed in accordance with Local Rule 2002-4.  Accordingly, it is:

**ORDERED:**

1. Secured Creditor's Motion for Relief from Automatic Stay is GRANTED.

1

2.  The automatic stay imposed by 11 U.S.C. § 362 is terminated as to the Secured Creditor's interest in the following property located at 2690 Alturas Road, Bartow, Florida 33830, in Polk County, Florida, and legally described as:

Lot 15 and that part of vacated Paseo Palma lying within the extended bounds of Lot 15 and the Southwesterly ½ of vacated Lillian Street lying Northeasterly of and adjacent to said Lot 15 and its extended boundaries and lying 40 feet South of the centerline for County Road 655A, ROTHROCK'S SUBDIVISION, according to the map or plat thereof as recorded in Plat Book 5, Page 50, of the Public Records of Polk County, Florida, lying in Section 9, Township 30 South, Range 26 East, Polk County, Florida.

3.  The Order Granting Relief from Stay is entered for the sole purpose of allowing Secured Creditor to exercise any and all *in rem* remedies against the property described above. Secured Creditor shall not seek an *in personam* judgment against Debtor(s).

4.  Secured Creditor is further granted relief in order to contact the Debtor(s) by telephone or written correspondence in order to discuss the possibility of a forbearance agreement, loan modification, refinance agreement or loan workout/loss mitigation agreement.

5.  The Secured Creditor's request to waive the 14-day stay period pursuant to Bankruptcy Rule 4001(a)(3) is granted.

6.  Attorneys' fees in the amount of $345.00 and costs in the amount of $181.00 are awarded for the prosecution of this Motion for Relief from Stay, but are not recoverable from the Debtor(s) or the Debtor(s)' Bankruptcy estate.

### 

Attorney, Madson Wilson , is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the order