UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                                          Case No.: 8:18-bk-02807-RCT
                                                                                Chapter 7

Mark Alan Piburn
Judith Ann Piburn

_____Debtors_____/


APPLICATION FOR COMPENSATION FOR REALTOR

NOTICE OF OPPORTUNITY TO
OBJECT AND REQUEST A HEARING

Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within 21 days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail. If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at 801 N. Florida Ave., Suite 555, Tampa, FL 33602-3899 and serve a copy on the movant's attorney, Richard M. Dauval, 3900 1st Street North, Suite 100, Saint Petersburg, FL 33703, and any other appropriate persons within the time allowed.

If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing, or consider the response and grant or deny the relief requested without a hearing.

If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.


Stephen L. Meininger, Trustee, files this Application for Compensation for BKGlobal Real

Estate Services and Marcia Peacock of Keller Williams Realty ("Listing Agent"), in the above-

captioned case and in support thereof states:

1. The Court has approved the employment of Listing Agent, in this case (Doc. No. 24).

2. A copy of the proposed HUD 1 Statement is attached, wherein Listing Agent is proposed to

   receive $ 5,700.00 (or 6 % of the base sale price) from the proceeds of the proposed sale of

real property located at 2690 Alturas Road, Bartow, FL 33830.

3. The Trustee asserts that the fees sought by Listing Agent are customary and standard in the residential real property industry.

4. The Trustee believes that Listing Agent provided a valuable service to the Estate and should be afforded the compensation described above.

5. The Applicant seeks the authority to share any compensation awarded with cooperating agents and related parties.

**WHEREFORE**, the Trustee respectfully requests that the Court award fees to the Realtor for services rendered in this case and for any other relief as the Court deems just.

Respectfully submitted,

/s/ Richard M. Dauval  __
Richard M. Dauval, Attorney for Trustee

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the Application for Compensation for Realtor was served by electronic delivery to the Office of the United States Trustee on:
April 29, 2019

/s/ Richard M. Dauval  __
Richard M. Dauval, Attorney for Trustee
3900 1st Street N
St. Petersburg, FL 33703
Telephone:(727)327-3328