**[Dodefmao]** [District Order Deficient Motion, Application or Objection]

ORDERED.

**Dated: April 30, 2019**

*Roberta A. Colton*
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                              Case No.
                                                                    8:18–bk–02807–RCT
                                                                    Chapter 7

Mark Alan Piburn

Judith Ann Piburn
aka Judi Ann Piburn

_____Debtor*_____/

### ORDER ABATING MOTION TO SELL REAL PROPERTY AND PAY SECURED CREDITOR(S) AND TRANSACTIONAL COSTS

THIS CASE came on for consideration, without hearing, of the Motion To Sell Property and Pay Secured Creditor(s) and Transactional Costs by Trustee Stephen L Meininger , Doc. # 30 . After review, the Court determines that the motion , is deficient as follows:

Service upon the Debtor at the Debtor's address of record is not indicated. Fed. R. Bankr. P. 3007(a), 4003(b)(4) and 7004(b)(9).

Accordingly it is

***ORDERED:***

Consideration of the motion is abated until the deficiency is corrected.

The Clerk's Office is directed to serve a copy of this order on interested parties.
*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.