UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                                 Case No.: 8:18-bk-02807-RCT
                                                                       Chapter 7

Mark Alan Piburn
Judith Ann Piburn

_____Debtor(s)_____/

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I CERTIFY that on May 3, 2019 a true and correct copy of the *Motion To Sell Real Property And Pay Secured Creditor(S) And Transactional Costs* (Dkt. No. 30) was served by electronic delivery or U. S. Mail to the following:

Mark & Judith Piburn, 2690 Alturas Road, Bartow, FL 33830

Respectfully submitted,

  /s/ Richard M. Dauval
Richard M. Dauval, Attorney for the Trustee
PO Box 13607
St. Petersburg, FL  33733
(727) 327-3328