UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:  

Mark Alan Piburn
Judith Ann Piburn

 Debtors.
_____/

Case No.: 8:18-bk-02807-RCT
Chapter 7

MOTION TO VACATE
ORDER APPROVING APPLICATION TO EMPLOY/RETAIN BK GLOBAL
REAL ESTATE SERVICES AND TANJA CISLIEK OF FUTURE HOME REALTY, INC.

COME NOW, the Chapter 7 Trustee, Stephen L. Meininger by and through the undersigned attorney, and files *Motion to Vacate Order Approving Application to Employ/Retain Bk Global Real Estate Services and Tanja Cisliek of Future Home Realty, Inc* and state the following:

1. In order to aid the Trustee in marketing and selling nonexempt real property of the estate, the Trustee sought to employ real estate professional Marcia Peacock of Keller Williams Realty (*see* the Application to Employ filed on July 27, 2018 at Dkt. No. 23).

2. Due to mistake the Trustee thereafter submitted a proposed order approving the employment of the professional, but describing the real estate professional as "Tanja Cisliek of Future Home Realty, Inc." This error went unnoticed and the court entered said order on July 31, 2019 at Dkt. No. 24 (hereinafter the "Erroneous Order")

3. The Trustee now seeks an order vacating the Erroneous Order and providing the Trustee with three (3) days to submit a proposed corrective order to be entered in its stead.

WHEREFORE, the Trustee respectfully request that this court vacate the Erroneous Order (at

Dkt. No. 24), allowing the Trustee to file a proposed corrective, and for such other and further relief as is just and proper.

/s/ Richard M. Dauval
Richard M. Dauval, Esq., FBN 664081
3900 1st Street North, Suite 100
St. Petersburg, FL 33703
Ph No: (727) 327-7828

CERTIFICATE OF SERVICE

I certify that a true and correct copy of this motion was served by electronic delivery to the Office of the United States Trustee on: May 24, 2019

/s/ Richard M. Dauval
Richard M. Dauval, Attorney for Trustee