ORDERED.

Dated: May 29, 2019

*[signature]*
Roberta A. Colton
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                                          Case No.: 8:18-bk-02807-RCT
                                                                                Chapter 7
Mark Alan Piburn
Judith Ann Piburn

_____DEBTOR_____/

ORDER GRANTING MOTION TO VACATE
ORDER APPROVING APPLICATION TO EMPLOY/RETAIN BK GLOBAL
REAL ESTATE SERVICES AND TANJA CISLIEK OF FUTURE HOME REALTY, INC.

This matter came before the Court, upon the Chapter 7 Trustee's *Motion to Vacate Order Approving Application to Employ/Retain Bk Global Real Estate Services and Tanja Cisliek of Future Home Realty, Inc* (the "Motion", Dkt. No. 36) wherein the Trustee requests that the Court vacate an order wherein the real estate professional sought be employed was erroneously described, and was not consistent with the application for employment. The Court, having reviewed the record, finds the error to be as described by the Trustee in his Motion, and that vacating the problematic order to be appropriate. Accordingly, it is:

ORDERED

1. The *Order Approving Application to Employ/Retain Bk Global Real Estate Services and Tanja Cisliek of Future Home Realty, Inc.*, entered on July 31, 2019 at Dkt. No. 24, is hereby VACATED.

2. The Trustee shall have three (3) days to submit an order addressing his Application to Retain BK Global Real Estate Services & Keller Williams Realty as Listing Agent, filed on July 27, 2018 at Dkt. No. 23, for the Court's further consideration.

Attorney, Richard M. Dauval, Esq. is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.