UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                                                   Case No.: 8:18-bk-02807-RCT
                                                                                          Chapter 7
Mark Alan Piburn
Judith Ann Piburn

      Debtor(s)      /

## NOTICE OF SCRIVENER ERROR

NOTICE IS HEREBY GIVEN that Stephen L. Meininger's *Motion to Sell Real Property and Pay Secured Creditor(s) and Transactional Costs* (Dkt. No. 30, the "Motion") contains a scrivener error. Specifically, within the "WHEREFORE clause" of the Motion, the Trustee references an anticipated closing cost incorrectly described as:

"5% of base sale price to Charles Rutenburg Realty    $ 5,700.00."

The Trustee hereby provides notice to all interested parties that the same anticipated closing cost is, and should have been described as,:

"6% of base sale price to Keller Williams Realty      $ 5,700.00"

Respectfully submitted,

/s/ Richard M. Dauval
Richard M. Dauval, Esq.
3900 1st Street North
St. Petersburg, FL 33703
Ph No: (727) 327-3328

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of this notice has been furnished either electronically or by U.S. Mail, this May 30, 2019 to the US Trustee, the Debtor and all those who are electronically notified of such filings

/s/ Richard M. Dauval
Richard M. Dauval, Esq.